Local MIE Form 1A
(7/02)

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT

## for the

## Eastern District of Michigan

UNITED STATES OF AMERICA

    v.

JAJUAN LEWIS                                            Crim. No.  04-CR-80359-01

On February 1, 2011, the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violation of supervised release.  The issue of the violation was heard in Court on March 3, 2011, and April 14, 2011, the Court made the following findings:

|   |   |
|---|---|
| __X__ | Guilty of violating conditions of supervision.  The following special condition of supervision is added. |

"The offender shall complete 100 hours community service at the direction of the probation officer."

                                                                            Respectfully submitted,

                                                                           s/Kerry F. Horton II
                                                                           United States Probation Officer
                                                                           (313) 234-5419

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued.  All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

         Dated this 21st Day of  April, 2011

                                                                            s/Avern Cohn
                                                                            Avern Cohn
                                                                            United States District Judge